**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-6467**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ROBERT PETER RUSSELL,

Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  James C. Cacheris, Senior District Judge.  (CR-91-56-A)

---

Submitted:  May 28, 1998              Decided:  June 10, 1998

---

Before ERVIN, LUTTIG, and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Robert Peter Russell, Appellant Pro Se.  Lawrence Joseph Leiser, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Robert Peter Russell appeals the district court's order denying his cross-motion for relief from judgment and granting the Government's motion to set aside the order to preserve evidence. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>United States v. Russell</u>, No. CR-91-56-A (E.D. Va. Feb. 13, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>